UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GUERRERO-CORTEZ,<br><br>Petitioner,<br><br>v.<br><br>PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; et al.,<br><br>Respondents. | Case No.: 26-cv-787-BJC-MMP<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 1] |

On June 18, 2024, Jimmy Guerrero-Cortez ("Petitioner") entered the United States without inspection near San Ysidro, California. ECF No. 1 at 4. On June 6, 2025, Immigration Customs and Enforcement ("ICE") arrested and detained Petitioner. ECF No. 1-2 at 2. On June 20, 2025, the Department of Homeland Security ("DHS") issued a Notice to Appear, thereby commencing immigration proceedings. ECF No. 1-3 at 1. That same day, DHS conducted a custody determination and ordered Petitioner detained. *Id.* at 8. Petitioner requested review of the custody determination by an immigration judge, *id.*, but no review has occurred. ECF No. 1 at 5. Petitioner has remained in custody since his arrest on June 6, 2025. *Id.*

On February 9, 2026, Petitioner filed a petition for a writ of habeas corpus. This

1

1 | Court set a briefing schedule and issued a limited stay. ECF No. 2. Respondents filed a
2 | return to the petition on February 17, 2026. ECF No. 4. In their return, Respondents
3 | acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*,
4 | No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is
5 | detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a
6 | bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

7 | Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus.
8 | Respondents shall hold a bond hearing within fourteen days of this order and cannot deny
9 | bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring
10 | Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

11 | **IT IS SO ORDERED**.
12 | Dated: February 26, 2026

Honorable Benjamin J. Cheeks
United States District Judge